UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**NORMA L. TREVINO,**

   Plaintiff,

v.                                             **No. 4:22-cv-0610-P**

**MOUSER ELECTRONICS,**

   Defendant.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 28. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that Defendant's Partial Motion to Dismiss (ECF No. 24) should be, and it is hereby, **GRANTED**. Plaintiff's claim for wrongful termination against Defendant is **DISMISSED** for her failure to exhaust her administrative remedies.

**SO ORDERED** on this **13th day** of **June 2023.**

*Mark T. Pittman* (signature)
Mark T. Pittman
UNITED STATES DISTRICT JUDGE